The Honorable James Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IAN MACK, *et al.*,

    Plaintiffs,

v.

AMAZON.COM INC. and AMAZON LOGISTICS, INC.,

    Defendant(s).

No. 2:17-cv-01438-JLR

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER AMENDED COMPLAINT

Plaintiff Iain Mack ("Plaintiff")[1] and Defendant Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate to extend Defendants' deadline to answer Plaintiff's Amended Complaint until November 3, 2017 or such date as may be ordered by the Court pursuant to the parties' [contemplated / contemporaneously filed] Stipulation to Consolidate Cases, which [will be / is being] filed in *Rittmann v. Amazon.com, Inc., et al.*, No. 2:16-cv-01554-JCC (Oct. 4, 2016, W.D. Wash.) (Coughenour, J.). Pursuant to Local Civil Rule 42(b), the parties have met and conferred regarding the consolidation of this matter with *Rittmann* and [intend to file / are filing] in *Rittmann* a Stipulation to Consolidate addressing, *inter alia*, "any scheduling issues implicated by consolidation such as which case schedule should govern in the consolidated

---

[1] Plaintiff Raef Lawson voluntarily dismissed his claim in this matter, but is a named plaintiff in the pending *Rittmann* matter referenced herein.

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS'
TIME TO ANSWER AMENDED COMPLAINT (2:17-cv-01438-JLR) — 1

1 action," *see* LCR 42(b), including the stay in the *Rittmann* case and the deadline to answer the

2 *Mack* complaint.

3   DATED this 4th day of October, 2017.

s/ Michael C. Subit
Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
Hoge Building, Suite 1200
705 Second Avenue
Seattle, Washington 98104-1729
Telephone: (206) 682-6711
Fax: (206) 682-0401
msubit@frankfreed.com

s/ Shannon Liss-Riordan
Shannon Liss-Riordan (*Pro Hac Vice*)
Adelaide Pagano (*Pro Hac Vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel.: (617) 994-5800
Fax: (617) 994-5801
sliss@llrlaw.com,
apagano@llrlaw.com

Attorneys for Plaintiffs

s/ Suzanne J. Thomas
Suzanne J. Thomas, WSBA #17338
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Fax: (206) 623-7022
suzanne.thomas@klgates.com

s/ John S. Battenfeld
John S. Battenfeld (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel.: +1.213.612.2500
Fax: +1.213.612.2501
john.battenfeld@morganlewis.com

Theresa Mak (*Pro Hac Vice*)
Robin Lagorio (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: +1.415.442.1000
Fax: +1.415.442.1001
theresa.mak@morganlewis.com
robin.lagorio@morganlewis.com

Attorneys for Defendants

## ORDER

Pursuant to the foregoing stipulation, Defendants' deadline to answer the Amended Complaint is the later of November 3, 2017 or such date as may be ordered by the Court pursuant to Stipulation to Consolidate.

SO ORDERED this 4th day of October, 2017.

_____
HON. JAMES ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS'
TIME TO ANSWER AMENDED COMPLAINT (2:17-cv-01438-JLR) — 3