THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNADEAN RITTMAN, *et al.*,

Plaintiffs,

v.

AMAZON.COM INC., *et al.*,

Defendants.

CASE NO. C16-1554-JCC

ORDER CONSOLIDATING CASES

This matter comes before the Court on the parties' stipulated motion for consolidation pursuant to Federal Rule of Civil Procedure 42(b) and Local Civil Rule 42 (Dkt. No. 86). The motion is GRANTED. The Clerk is DIRECTED to consolidate case number C17-1438-JCC into case number C16-1554-JCC. All future pleadings shall bear the case number C16-1554-JCC.

Pursuant to the Court's order dated March 22, 2017 (Dkt. No. 77), the case will remain stayed until such time as the parties inform the Court that the Supreme Court has rendered its decision in *Epic Systems Corp. v. Lewis* (U.S. Jan. 13, 2017) (No. 16-285) or, following a Ninth Circuit decision in *Van Dusen v. Swift Transp. Co.*, No. 17-15102 (9th Cir. Jan. 20, 2017), Plaintiffs renew their argument that they are exempt from the Federal Arbitration Act and, therefore, would not be affected by *Epic*. The stay applies to all claims in this matter, including those brought under the California Private Attorney General Act, Cal. Lab Code § 2699. Defendants' deadline to respond to the complaint for the case previously assigned case number

C17-1438-JCC (Iain Mack v. Amazon.com Inc.) will be fourteen (14) days after the stay is lifted.

DATED this 14th day of November 2017.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER CONSOLIDATING CASES
C16-1554-JCC
PAGE - 2